

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| IGNACIO RESENDIZ-GUDINO | CASE NUMBER: 08 CR 2292-BTM |

I, <u>IGNACIO RESENDIZ-GUDINO</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER